**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Armando BALTAZAR–GARCIA, a.k.a.**
**Armando Garcia Baltazar,**
**Defendant–Appellant.**

**No. 06–10308.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 22, 2007.*

Filed Nov. 20, 2007.

Joelyn Marlowe, George Ferko, Esq., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Sean Bruner, Esq., Tucson, AZ, for Defendant–Appellant.

Before: B. FLETCHER, WARDLAW and IKUTA Circuit Judges.

## MEMORANDUM **

Armando Baltazar–Garcia appeals from the district court's order, following a limited remand pursuant to *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc), concluding that it would not have imposed a materially different sentence had it known that the Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Baltazar–Garcia contends that his sentence is unreasonable because the district court failed to consider the factors contained in 18 U.S.C. § 3553(a). However, the district court considered the sentence upon limited remand and determined that it would not have imposed a materially different sentence under an advisory Guidelines system. We conclude that under any standard of review this sentence is reasonable.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.